UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH L. MORGAN, JR.  CIVIL ACTION

VERSUS  NO. 14-0814-KDE-SS

CAROLYN COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 19, 2015 (Rec. Doc. No. 19), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), for summary judgment (Rec. doc. 16) is GRANTED; and (2) the motion of the plaintiff, Kenneth L. Morgan, Jr., for summary judgment (Rec. doc. 15) is DENIED.

New Orleans, Louisiana, this 2nd day of April, 2015.

KURT D. ENGELHARDT
U.S. District Judge