UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH L. MORGAN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-814-KDE-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | |

**REPORT AND RECOMMENDATION**

The plaintiff, Kenneth L. Morgan, Jr. ("Morgan"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act, of the final decision of the Commissioner of the Social Security Administration denying his claim for benefits. Rec. doc. 1. On October 21, 2015, the United States Court of Appeals for the Fifth Circuit reversed the judgment of the District Court and remanded for further proceedings. Rec. doc. 24. Morgan filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. He asks for $3,990.00 in fees based on 26.6 hours of work at $150.00 per hour. Rec. doc. 25. The defendant, Carolyn W. Colvin, Acting Commissioner, Social Security Administration ("Commissioner"), has no opposition. The Commissioner notes that, pursuant to Astrue v. Ratliff, 560 U.S. 586, 130 S.Ct. 2521, 2524 (2010), the payment must be made payable to the plaintiff and not plaintiff's attorney. The payment, however, may be mailed to plaintiff's counsel. Rec. doc. 27.

IT IS RECOMMENDED that: (1) Morgan's motion for attorneys' fees (Rec. doc. 25) be GRANTED; and (2) Morgan be awarded attorneys' fees of $3,990.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 8th day of April, 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge