UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH L. MORGAN, JR.                        CIVIL ACTION

VERSUS                                        NO. 14-814-KDE-SS

SOCIAL SECURITY ADMINISTRATION

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the motion of the plaintiff, Kenneth L. Morgan, Jr., for an award of attorneys' fees (Rec. doc. 25) is GRANTED; and (2) Kenneth L. Morgan, Jr. is awarded attorneys' fees of $3,990.00 from the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration.

New Orleans, Louisiana, this 2nd day of June, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE